DUPLICATE DOCUMENT DELETED